

# United States District Court
# Eastern District of California

| | |
|---|---|
| Michelle Moore LLC | Case Number: 2:25-cv-01319-CKD |
| Plaintiff(s) | |
| V. | |
| Toves Climo LLC, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Thomas Emmons hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Michelle Moore LLC

On 11/09/2023 (date), I was admitted to practice and presently in good standing in the of New York, Second Department Appellate Di (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____

Date: 05/28/2025                Signature of Applicant: /s/ Thomas Emmons

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Thomas Emmons |
| Law Firm Name: | The Franchise Firm LLP |
| Address: | 225 Wilmington West Chester Pike |
| | Suite 200 |
| City: | Chadds Ford   State: PA   Zip: 19317 |
| Phone Number w/Area Code: | (215) 964-1553 |
| City and State of Residence: | Brooklyn, New York |
| Primary E-mail Address: | tom@thefranchisefirm.com |
| Secondary E-mail Address: | tdemmonsnylaw@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Hayley Lenahan |
| Law Firm Name: | Donahue Fitzgerald LLP |
| Address: | 1999 Harrison Street |
| | 26th Floor |
| City: | Oakland   State: CA   Zip: 94612 |
| Phone Number w/Area Code: | (510) 451-3300   Bar # 343528 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 28, 2025

_Carolyn K. Delaney_
JUDGE, U.S. DISTRICT COURT
Carolyn K. Delaney, US Magistrate Judge



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Thomas Dunn Emmons

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **November 9, 2023**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on May 1, 2025.

Clerk of the Court

CertID-00229285