DAWN NEWTON, #209002
dnewton@donahue.com
ANDREW S. MACKAY, #197074
amackay@donahue.com
HAYLEY M. LENAHAN, #343528
hlenahan@donahue.com
PADMINI CHERUVU, #301292
pcheruvu@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone:    (510) 451-3300
Facsimile:     (510) 451-1527

Attorneys for Plaintiff and Counter Defendants
MICHELLE MOORE LLC and MICHELLE MOORE

PETERSON WATTS LAW GROUP, LLP
GLENN W. PETERSON, ESQ. (SBN 126173)
TARA L. PARIS, ESQ. (SBN 363893)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone No: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Defendants/Counterclaimants
TOVES CLIMO LLC, TOVES INDUSTRIES, LLC,, MARC TOVES, and RICHARD CLIMO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE MOORE LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOVES CLIMO LLC, TOVES INDUSTRIES LLC, MARC TOVES, and RICHARD CLIMO,<br><br>Defendants.<br><hr>AND RELATED COUNTER-CLAIM | Case No. 2:25-cv-01319-DJC-CKD<br><br>Judge: Hon. Daniel J. Calabretta<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER<br><br>Complaint Filed:    May 7, 2025<br>Trial Date:           June 14, 2027 |

4901-9590-3881.2

Case No. 2:25-cv-01319-DJC-CKD

STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER

Pursuant to Local Rule 143, the parties hereby file a Stipulation to extend discovery deadlines as outlined below and in support thereof state the following:

1. Pursuant to the November 24, 2025 Scheduling Order, the following deadlines are set in this matter:

| Scheduled Event | Date |
| --- | --- |
| Close of Fact Discovery | April 15, 2026 |
| Expert Disclosures/Expert Reports | June 15, 2026 |
| Rebuttal Disclosures/Expert Reports | July 15, 2026 |
| Close of Expert Discovery | September 15, 2026 |
| Last Day to File Dispositive Motions | September 4, 2026 |
| Hearing on Dispositive Motions | January 7, 2027, at 1:30 p.m. |
| Final Pretrial Conference | April 22, 2027, at 1:30 p.m. |
| Bench Trial | June 14, 2027, at 9:00 a.m. |

2. Plaintiff Michelle Moore LLC and Counter-Defendant Michelle Moore ("Plaintiff") were originally represented in this action by out-of-state lead counsel, with counsel from Donahue Fitzgerald LLP ("Donahue") appearing solely as local counsel for purposes of filing and compliance with California procedural requirements.

3. Plaintiff has recently chosen to discontinue representation by prior out-of-state counsel and to retain Donahue as lead counsel in this matter.

4. Due to scheduling conflicts related to trial obligations of the litigation attorney at Donahue previously handling the matter, Plaintiff's representation is now being transitioned to two (2) attorneys who were not previously involved in the day-to-day handling of this case.

5. Newly designated lead counsel requires a reasonable amount of time to review the pleadings, discovery to date, case strategy, and factual record in order to effectively and efficiently represent Plaintiff.

6. The parties are currently engaged in discovery, but additional time is needed to complete fact and expert discovery, and conduct depositions.

7.     This is the parties' first request for an extension of discovery deadlines in this case, and the extension requested is modest. This request is made in good faith, and is not sought for purposes of delay.

8.     The parties agree that a brief extension of the fact discovery deadline will promote the interests of justice, allow discovery to be completed on the merits.

9.     The current fact discovery cutoff is April 15, 2026, while trial is not scheduled until June 14, 2027, leaving ample time in the overall case schedule to accommodate a modest extension of discovery deadlines without impacting dispositive motion deadlines or the trial date, or prejudicing any party.

10.     Therefore, counsel for both parties respectfully request that this Court extend the deadlines as follows:

| Item | Current Deadline | New Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | April 15, 2026 | June 1, 2026 |
| Expert Disclosures/Expert Reports | June 15, 2026 | July 10, 2026 |
| Rebuttal Disclosures/Reports | July 15, 20261 | August 14, 2026 |
| Expert Discovery Cutoff | September 15, 2026 | September 30, 2026 |
| Last Day to File Dispositive Motions | September 4, 2026 | No Change |
| Hearing on Dispositive Motions | January 7, 2027, 1:30 pm | No Change |
| Final Pretrial Conference | April 22, 2027, at 1:30 p.m. | No Change |
| Bench Trial | June 14, 2027, 9:00 a.m. | No Change |

///

///

///

///

///

///

STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated:  January 22, 2026

DONAHUE FITZGERALD LLP
Attorneys at Law

By:  /s/Padmini Cheruvu
Dawn Newton
Andrew S. MacKay
Hayley M. Lenahan
Padmini Cheruvu
Attorneys for Plaintiff and Counter-Defendants
MICHELLE MOORE LLC and MICHELLE MOORE

Dated:  January 22, 2026

PETERSON WATTS LAW GROUP, LLP

By:  /s/Glenn W. Peterson
(as authorized on January 22, 2026)
Glenn W. Peterson
Tara L. Paris
Attorneys for Defendants/Counterclaimants
TOVES CLIMO LLC, TOVES INDUSTRIES,
LLC, MARC TOVES, and RICHARD CLIMO

**ORDER**

The above **STIPULATION TO EXTEND DEADLINES** is approved for this case. The deadlines are extended as outlined in the Stipulation.

IT IS SO ORDERED.

Dated:  January 22, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE